UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENE MORENO,<br><br>        Plaintiff,<br><br>vs.<br><br>ELKO COUNTY JAIL, *et al.*,<br><br>        Defendants. | Case No. 3:12-cv-0640-LRH-WGC<br><br>**ORDER** |

      Plaintiff, who is a detainee at the Elko County Jail has submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (ECF No. 1-1) and an application to proceed *in forma pauperis* which is incomplete. The required financial certificate is not signed by an authorized agent of the jail and the plaintiff has not submitted any records of his jail accounts. Accordingly, this action is **DISMISSED**, without prejudice. The Clerk shall enter judgment accordingly.

      DATED this 28th day of March, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE